TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN






NO. 03-08-00798-CR






Gordon Marcellous Jerome, Appellant


v.


The State of Texas, Appellee






FROM THE DISTRICT COURT OF BELL COUNTY, 27TH JUDICIAL DISTRICT

NO. 63518, HONORABLE JOE CARROLL, JUDGE PRESIDING




M E M O R A N D U M O P I N I O N


 

 Gordon Marcellous Jerome pleaded guilty to a charge of possession of a controlled
substance. He also pleaded true to an allegation of a prior felony offense. The trial court assessed
punishment at forty years in prison.

 Appellant's court-appointed attorney has filed a motion to withdraw and a brief
concluding that the appeal is frivolous and without merit. The brief meets the requirements of
Anders v. California, 386 U.S. 738, 744-45 (1967), by presenting a professional evaluation of the
record demonstrating why there are no arguable grounds to be advanced. See also Penson v. Ohio,
488 U.S. 75, 80-81 (1988); High v. State, 573 S.W.2d 807, 811 (Tex. Crim. App. 1978). Appellant
received a copy of counsel's brief and was advised of his right to examine the appellate record and
to file a pro se brief. No pro se brief has been filed.

 We have reviewed the record and counsel's brief and agree that the appeal is frivolous
and without merit. We find nothing in the record that might arguably support the appeal. Counsel's
motion to withdraw is granted.

 Affirmed.



 

 G. Alan Waldrop, Justice

Before Justices Patterson, Pemberton and Waldrop

Affirmed

Filed: May 29, 2009

Do Not Publish